UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>KEVIN AMAYA,<br><br>                              Defendant. | 23 Cr. 00509 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been notified that Defendant Kevin Amaya may wish to enter a change of plea. Accordingly, on **September 18, 2024** at **2:30 p.m.**, a plea proceeding will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

By **September 12, 2024**, the parties shall inform the Court, by joint letter or individual letters, whether they expect Defendant's remand to be mandatory in the event that he enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). If so, the Court expects defense counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with Rule 7.B of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated: September 6, 2024
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge