UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>KEVIN AMAYA,<br><br>                    Defendant. | 23 Cr. 00509 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On September 6, 2024, the Court ordered the parties, "[b]y **September 12, 2024**, [to] inform the Court, by joint or individual letters, whether they expect Defendant's remand to be mandatory in the event that he enters a guilty plea." ECF No. 66 (emphasis in original). As of September 13, 2024, Defendant has not filed the required letter. Defendant shall do so forthwith, and in no event later than **September 16, 2024** at **12:00 p.m.**

SO ORDERED.

Dated: September 13, 2024
       New York, New York

_Jennifer H. Rearden_
JENNIFER H. REARDEN
United States District Judge