UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>KEVIN AMAYA,<br><br>                    Defendant. | 23 Cr. 00509 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

As stated on the record on September 18, 2024, Defendant's change-of-plea proceeding is continued to **September 26, 2024** at **5:30 p.m.** In addition, the deadline for the parties' pretrial submissions is extended to **October 15, 2024**.

SO ORDERED.

Dated: September 20, 2024
       New York, New York

JENNIFER H. REARDEN
United States District Judge