UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

KEVIN AMAYA,

Defendant.

---

23 Cr. 00509 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On September 18, 2024, the Court convened Defendant's plea hearing. For the reasons stated on the record at the September 18 proceeding, the Court declined to accept Defendant's anticipated guilty plea and continued the hearing to September 26, 2024. On September 22, 2024, the Government submitted to the Court, *inter alia*, a Superseding Information, Waiver of Indictment, and unexecuted Plea Agreement prospectively dated September 23, 2024.

In advance of the September 26 proceeding, the Court hereby ORDERS as follows:

1. Defense counsel **must** arrange for a certified Spanish interpreter to (1) translate all written materials pertinent to Defendant's plea, including the Superseding Information, Waiver of Indictment, and Plea Agreement dated September 23, 2024; and (2) be present for and interpret any oral communications involving Defendant regarding the aforementioned materials and/or his upcoming plea proceeding. The Court has conferred with the Second Circuit's CJA Case Budgeting Attorney, Alan Nelson, who confirmed that CJA funds would be made available for these interpretation and translation services.

2. In accordance with the Court's Individual Rules and Practices, defense counsel must ensure that Defendant is "prepared to give narrative allocutions that incorporate all of the elements of the offense(s) to which the defendant is pleading guilty." *See* Indiv. Rule 7.B.i.

SO ORDERED.

Dated: September 23, 2024
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge