UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>KEVIN AMAYA,<br><br>              Defendant. | 23 Cr. 00509 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record, Defendant Kevin Amaya is remanded to the custody of the United States Marshal.

SO ORDERED.

Dated: September 27, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge